UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNIVERSITY OF MIAMI

        PLAINTIFF(S)

v.

CANEUP LLC,

        DEFENDANT(S).

CASE NUMBER
1:23–cv–23829–JEM

**DEFAULT BY CLERK F.R.Civ.P.55(a)**

# Clerk's Default

    It appearing that the defendant(s) herein, is/are in default for failure to appear, answer, or otherwise plead to the complaint filed herein within the time required by law.

Default is hereby entered against defendant(s)

**Caneup LLC**

as of course, on the date March 15, 2024.

        **Angela E. Noble**
        CLERK OF COURT

        By  /s/ *Collette Quinones*
        Deputy Clerk

cc: Judge Jose E. Martinez
    University Of Miami
    601 Brickell Key Drive
Suite 750

    Miami, FL
33131

**DEFAULT BY CLERK F.R.Civ.P.55(a)**

CV–37 (10/01)