UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 23-23829-CIV-MARTINEZ

UNIVERSITY OF MIAMI,

    *Plaintiff*,

v.

CANEUP LLC,

    *Defendant*.

_____/

### ORDER OF RECUSAL AND ORDER OF REASSIGNMENT

THE UNDERSIGNED MAGISTRATE JUDGE hereby recuses himself from further participation in the proceedings and refers the matter to the Clerk of Court for reassignment pursuant to 28 U.S.C. § 455(a) and S.D. Fla. Local Rule 3.6.

DONE AND ORDERED in Chambers at Miami, Florida, this 20th day of May, 2024.

_____
EDWIN G. TORRES
Chief United States Magistrate Judge

In accordance with the Local Rules for the Southern District of Florida, providing for the random and equal allotment of cases, this cause will be reassigned to the calendar of Magistrate Judge Marty Fulgueira Elfenbein

Copies of this order shall be served on all pending parties of record.  All documents for filing in this case shall carry the following case number and designation: 23-cv-23829-Martinez/Elfenbein

BY ORDER OF COURT this  21st  day of _____May_____, 2024, Miami, Florida.

ANGELA NOBLE, CLERK


By: *Valerie Kemp*
Deputy Clerk



Copies to:
United States District Judge
Counsel of Record
Case Assignment Clerk

2