UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number: 23-23829-CIV-MARTINEZ

UNIVERSITY OF MIAMI,

    Plaintiff,

v.

CANEUP LLC,

    Defendant.
_____/

## ORDER ADOPTING IN PART
## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

**THE MATTER** was referred to the Honorable Marty Fulgueira Elfenbein, United States Magistrate Judge, for a Report and Recommendation on Plaintiff's Motion for Default Judgment, (ECF No. 17). (ECF Nos. 18, 21). Magistrate Judge Elfenbein filed a Report and Recommendation ("R&R"), (ECF No. 23), recommending that the Motion for Default Judgment be granted as to Counts I, II, and IV and denied as to Count III. Rather than objecting to the R&R, Plaintiff sought leave to amend the Complaint to voluntarily dismiss Count III, (ECF No. 24), which the Court granted, (ECF No. 25). After reviewing the entire record, the Court is fully advised as to the premises. Therefore, after careful consideration, it is

**ADJUDGED** that Magistrate Judge Elfenbein's Report and Recommendation is **AFFIRMED IN PART** and **ADOPTED IN PART**. Accordingly, it is

**ORDERED AND ADJUDGED** that:

1. Plaintiff's Motion for Default Judgment, (ECF No. 17), is **GRANTED as to Counts I, II, and IV**. Final judgment shall be entered in favor of Plaintiff and against Defendant as to Counts I, II, and IV.

2. Plaintiff's Motion for Default Judgment, (ECF No. 17), is **DENIED as moot as to Counts III**.

3. Plaintiff's request for attorneys' fees is **DENIED**.

4. Final default judgment and permanent injunction will be entered by separate order.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 31 day of October, 2024.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Elfenbein
All Counsel of Record