UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

**Case Number: 23-23829-CIV-MARTINEZ**

UNIVERSITY OF MIAMI,

    Plaintiff,

v.

CANEUP LLC,

    Defendant.
_____/

**FINAL JUDGMENT**

**THIS CAUSE** came before the Court on the Court's Order Adopting Magistrate Judge Elfenbein's Report and Recommendation ("R&R"), (ECF No. 26). It is hereby **ORDERED AND ADJUDGED** that:

1. Final Default Judgment is entered in favor of Plaintiff, University of Miami.

2. **A PERMANENT INJUNCTION** is hereby entered in favor of Plaintiff, University of Miami, and against Defendant, Caneup LLC, its respective agents, servants, employees, officers, successors, licensees and assigns and all persons acting in concert or participation with them, to (a) cease and desist any present or future use of CANEUP or any other marks or names confusingly similar to Plaintiff's federally-registered trademarks and (b) file with this Court and serve on Plaintiff within thirty (30) days after entry of this Judgment a report in writing under oath setting forth in detail the manner and form of compliance herewith. Defendant's pending trademark application number 97127071 is cancelled.

3. This case is **CLOSED**. Any deadlines and hearings are **TERMINATED**, and any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Miami, Florida, this 31 day of October, 2024.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Elfenbein
All Counsel of Record